IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. _____ |
| **DEPARTMENT OF JUSTICE,** | ) ) ) |
| Defendant. | ) ) ) |

**CERTIFICATE REQUIRED BY LCvR7.1 OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for the Electronic Frontier Foundation, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of the Electronic Frontier Foundation that have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this Court may determine the need for recusal.

        /s/ *Marcia Hofmann*
MARCIA HOFMANN
Attorney of Record for the
Electronic Frontier Foundation