# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　Defendant. | Civil No. 06-1708 (CKK) |

## ORDER

This case comes before the Court upon the filing of Defendant's Answer to Plaintiff's Complaint in which Defendant admits that the Federal Bureau of Investigation, a component of Defendant Department of Justice, has not responded to Plaintiff's FOIA request, filed August 11, 2006. In light of this filing, it is this 30th day of November, 2006, hereby

**ORDERED** that the parties shall confer and propose a schedule for proceeding in this matter. The schedule should address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, etc. The parties shall file the schedule not later than December 29, 2006.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/*　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge