IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | No. 06cv1708 (CKK) |

**PLAINTIFF AND DEFENDANT'S PROPOSED SCHEDULE**

On November 30, 2006, the Court issued an Order requiring the parties to update the Court respecting the status of plaintiff's FOIA request, and "confer and propose a schedule for proceeding in this [FOIA] matter."

In response to the Order, defendant Department of Justice, also referred to herein as the Federal Bureau of Investigation ("FBI"), represents as follows. At this time, defendant has located approximately 20,000 pages that appear to be responsive to plaintiff's FOIA request. Because of the large number of potentially responsive documents, plaintiff's request will be processed in the FBI's large-processing queue, and responsive documents will ultimately be released on a rolling basis. The FBI estimates that once plaintiff's request reaches the top of the queue, the FBI will be able to process approximately 800 pages every 4-6 weeks, depending upon whether a classification review is necessary. At this time it is unknown whether a Vaughn index will be required, as that will depend on what FOIA exemptions apply (if any), and whether plaintiff contests such exemptions. Given the size of plaintiff's request, and the anticipated

1

delay in processing the request, defendant intends to file a motion for an Open America stay.

Based upon the information that the FBI makes available to plaintiff and the Court in its Open America motion, plaintiff reserves the right to contest the FBI's entitlement to the stay it seeks.

The parties have agreed upon the following schedule for briefing of defendant's motion for an Open America stay:

>Defendant shall file its opening brief by February 9, 2006.

>Plaintiff shall file its brief in opposition by March 9, 2006.

>Defendant shall file its reply brief by March 30, 2006.

Respectfully submitted this 28th day of December 2006.

|  |  |
|---|---|
|  | PETER D. KEISLER<br>Assistant Attorney General |
|  | ELIZABETH J. SHAPIRO<br>Assistant Branch Director |
| _____/s/_____<br>MARCIA CLARE HOFMANN<br>Staff Attorney<br>ELECTRONIC FRONTIER FOUNDATION<br>1875 Connecticut Ave, N.W.<br>Suite 650<br>Washington, D.C. 20009<br>Ph:  (202) 797-9009<br>Fax: (202) 797-9066 | _____/s/_____<br>HEATHER R. PHILLIPS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division/Federal Programs<br>   Mail:   P.O. Box 883<br>             Washington, D.C. 20044<br>   Street: 20 Massachusetts Ave., N.W.<br>             Room 7330<br>   Washington, DC 20001<br>Ph:    (202) 616-0679<br>Fax:   (202) 318-7589<br>Email: heather.phillips@usdoj.gov |