IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)  No. 06cv1708 (CKK)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | |

## NOTICE OF ERRATA

PLEASE TAKE NOTICE THAT plaintiff and defendant file herewith a corrected version of the parties' Joint Proposed Schedule, filed with the Court on December 28, 2006. The Joint Proposed Schedule previously filed with the Court mistakenly contains briefing due dates in 2006, rather than 2007. The attached Joint Proposed Schedule corrects that mistake.

Dated: January 4, 2007                                                       Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ELIZABETH J. SHAPIRO
_____/s/_____                                      Assistant Branch Director
MARCIA CLARE HOFMANN
Staff Attorney                                                                    _____/s/_____
ELECTRONIC FRONTIER FOUNDATION          HEATHER R. PHILLIPS
1875 Connecticut Ave, N.W.                                     Trial Attorney
Suite 650                                                                         U.S. Department of Justice
Washington, D.C. 20009                                              Civil Division/Federal Programs
Ph:  (202) 797-9009                                                     20 Massachusetts Ave., N.W.
Fax:  (202) 797-9066                                                   Washington, D.C.  20044, Room 7222
                                                                                         Ph:    (202) 616-0679
                                                                                         Fax:   (202) 318-7589
                                                                                         Email: heather.phillips@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 06cv1708 (CKK) |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF AND DEFENDANT'S PROPOSED SCHEDULE**

On November 30, 2006, the Court issued an Order requiring the parties to update the Court respecting the status of plaintiff's FOIA request, and "confer and propose a schedule for proceeding in this [FOIA] matter."

In response to the Order, defendant Department of Justice, also referred to herein as the Federal Bureau of Investigation ("FBI"), represents as follows. At this time, defendant has located approximately 20,000 pages that appear to be responsive to plaintiff's FOIA request. Because of the large number of potentially responsive documents, plaintiff's request will be processed in the FBI's large-processing queue, and responsive documents will ultimately be released on a rolling basis. The FBI estimates that once plaintiff's request reaches the top of the queue, the FBI will be able to process approximately 800 pages every 4-6 weeks, depending upon whether a classification review is necessary. At this time it is unknown whether a Vaughn index will be required, as that will depend on what FOIA exemptions apply (if any), and whether plaintiff contests such exemptions. Given the size of plaintiff's request, and the anticipated

1

delay in processing the request, defendant intends to file a motion for an <u>Open America</u> stay.

Based upon the information that the FBI makes available to plaintiff and the Court in its <u>Open America</u> motion, plaintiff reserves the right to contest the FBI's entitlement to the stay it seeks.

The parties have agreed upon the following schedule for briefing of defendant's motion for an <u>Open America</u> stay:

>Defendant shall file its opening brief by February 9, 2007.

>Plaintiff shall file its brief in opposition by March 9, 2007.

>Defendant shall file its reply brief by March 30, 2007.

PETER D. KEISLER
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

_____/s/_____
MARCIA CLARE HOFMANN
Staff Attorney
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave, N.W.
Suite 650
Washington, D.C. 20009
Ph:  (202) 797-9009
Fax: (202) 797-9066

_____/s/_____
HEATHER R. PHILLIPS
Trial Attorney
U.S. Department of Justice
Civil Division/Federal Programs
   Mail:   P.O. Box 883
           Washington, D.C.  20044
   Street: 20 Massachusetts Ave., N.W.
           Room 7330
   Washington, DC  20001
Ph:  (202) 616-0679
Fax: (202) 318-7589
Email: heather.phillips@usdoj.gov