IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE )<br>)<br>Defendant. )<br>) | C.A. No. 06-1708 (CKK) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE**

Plaintiff Electronic Frontier Foundation respectfully moves, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to March 14, 2007 in which to file its response to Defendant's motion for an *Open America* stay. Plaintiff also asks that Defendant's reply deadline be reset accordingly to April 5, 2007. Plaintiff's response is currently due to be filed on March 9, 2007, and Defendant's reply by March 30, 2007.

Plaintiff requests this extension because of the unanticipated press of other business and counsel's need to confer with colleagues at greater length than has been possible to date. Counsel for Defendant, Ms. Phillips, has indicated that Defendant does not oppose this motion.

Respectfully submitted,

/s/ *Marcia Hofmann*
MARCIA HOFMANN
D.C. Bar No. 484136

DAVID L. SOBEL
D.C. Bar No. 360418

ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Avenue NW
Suite 650
Washington, DC 20009
(202) 797-9009

Counsel for Plaintiff