IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) No. 06cv1708 (CKK) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) | |

**NOTICE OF ERRATA**

PLEASE TAKE NOTICE THAT page four of defendant's reply brief mistakenly states "Fredericksburg, Virginia," rather than "Frederick County, Virginia," as is correctly noted in the underlying Declaration of David M. Hardy, attached to defendant's opening brief on its Motion for an Open America stay.

Dated: April 11, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
ELIZABETH J. SHAPIRO
Assistant Branch Director

_____/s/_____
HEATHER R. PHILLIPS
Trial Attorney
U.S. Department of Justice
Civil Division/Federal Programs
20 Massachusetts Ave., N.W.
Washington, D.C. 20044, Room 7222
Ph:    (202) 616-0679
Fax:   (202) 318-7589
Email: heather.phillips@usdoj.gov

1