UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC FRONTIER
FOUNDATION,

   Plaintiff,

   v.

DEPARTMENT OF JUSTICE,

   Defendant.

Civil Action No. 06-1708 (CKK)

**ORDER**
(May 7, 2007)

    For the reasons set forth in the accompanying Memorandum Opinion, it is, this 7th day of May, 2007, hereby

    **ORDERED** that Defendant Department of Justice's [7] Motion for an *Open America* Stay is GRANTED-IN-PART such that proceedings against the Department of Justice in this matter are stayed until May 9, 2008; it is further

    **ORDERED** that, Defendant may move to extend the *Open America* stay, on or before May 9, 2008, in the event that Defendant believes such an extension is warranted; it is further

    **ORDERED** that, during the pendency of the stay, Defendant shall make interim releases of records responsive to Plaintiff's FOIA request every four (4) weeks; it is further

    **ORDERED** that Defendant shall file a status report with the Court every ninety (90) days indicating its progress in processing documents responsive to Plaintiff's FOIA request; it is further

**ORDERED** that the Defendant shall, to the best of its ability, provide the following information in the aforementioned *Open America* status reports:

- the status of Plaintiff's request in the agency queue;

- the number of records that have been released in full or in part during the status period;

- the number of records determined thus far to be responsive to Plaintiff's FOIA requests; and

- an estimate of the length of time still needed to complete the processing and release of responsive records; it is further

**SO ORDERED.**

 

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge