IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) No. 06cv1708 (CKK) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | |

## STATUS REPORT

Pursuant to the Court's May 7, 2007 Order, Defendant provides the following status report in this matter:

1. Plaintiff's FOIA request came out of the FOIA large queue on May 9, 2007, and was assigned for processing on May 10, 2007. Second Declaration of David M. Hardy ("Second Hardy Decl.") ¶ 9, attached hereto as Exhibit A.

2. As of this date, Defendant has made three interim releases to Plaintiff. Second Hardy Decl. ¶ 11. For these three interim releases, a total of 1,919 responsive pages were reviewed, and 1,595 pages were released in full or in part. Id.

3. At this time, there are approximately 7,964 remaining pages responsive to Plaintiff's FOIA request that need to be reviewed and processed.[1] Second Hardy Decl. ¶ 10.

4. Defendant estimates that it will take approximately 40 weeks to complete the review

---

[1] Although Defendant originally estimated that there were approximately 20,000 pages responsive to Plaintiff's request, a subsequent determination was made that only 9,883 pages are actually responsive. Second Hardy Decl. ¶ 10 n.3.

and processing of the remaining 7,964 pages.   Second Hardy Decl. ¶ 10.

Dated: August 5, 2007                          Respectfully submitted,

                                                      PETER D. KEISLER
Assistant Attorney General
JOHN TYLER
Senior Litigation Counsel

_____/s/_____
HEATHER R. PHILLIPS
Trial Attorney
U.S. Department of Justice
Civil Division/Federal Programs
20 Massachusetts Ave., N.W.
Washington, D.C.  20044, Room 7222
Ph:     (202) 616-0679
Fax:    (202) 318-7589
Email: heather.phillips@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civ. A. No. 06-CV-1708 (CKK) |

### SECOND DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1) I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at the Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to joining the FBI, from May 1, 2001, to July 21, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980, to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the state of Texas since 1980.

(2) In my official capacity as Section Chief of RIDS, I supervise approximately 208 employees who staff a total of ten (10) FBIHQ units and a field operational service center unit with the collective mission to effectively plan, develop, direct, and manage responses to requests for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order 12958, as amended; Presidential, Attorney General, and FBI policies and procedures; judicial decisions; and Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my

official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)     Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the treatment which has been afforded the FOIA request of plaintiff, the Electronic Frontier Foundation, for documents related to two electronic surveillance systems. More specifically, plaintiff's August 11, 2006 FOIA request seeks access to records pertaining to the System DCS-3000 and Red Hook, and any reports made by the FBI to Congress on the FBI's use of these technologies.

(4)     As Ordered by the Court on May 7, 2007, this declaration provides the Court and plaintiff with a status of the progress being made by the FBI with regard to plaintiff's FOIA request.

## CORRESPONDENCE

(5)     By letter dated June 4, 2007, FBIHQ released documents to plaintiff, subject to withholdings pursuant to Exemptions (b)(1), (b)(2), (b)(5), (b)(6), (b)(7)(C), (b)(7)(D) and (b)(7)(E). Plaintiff was advised that 112 pages had been reviewed and 103 pages were being released. Plaintiff was advised this was the first interim release as ordered by the court on May 7, 2007, for documents concerning electronic surveillance systems known as DCS-3000 and Red Hook. **(See Exhibit A.).**

(6)     By letter dated July 2, 2007, FBIHQ released documents to plaintiff, subject to withholdings pursuant to Exemptions (b)(2), (b)(6), (b)(7)(C) and (b)(7)(E). Plaintiff was advised that 811 pages had been reviewed and 711 pages were being released. Plaintiff was advised that this was the second interim release as ordered by the court on May 7, 2007 for documents concerning plaintiff's electronic surveillance systems known as DCS-3000 and Red Hook. FBIHQ stated that a decision had not yet been made concerning plaintiff's request for a

fee waiver and that the FBI would be corresponding with plaintiff in the near future on that subject. Further, plaintiff was advised that pursuant to 28 C.F.R. § 16.11, there is a duplication fee of ten cents per page and that no fees are assessed for the first 100 pages. Plaintiff was further advised that if it is determined that plaintiff does not qualify for a fee waiver, duplication fees would be assessed accordingly. Plaintiff was advised of its right to file an administrative appeal. **(See Exhibit B.)**

(7) By letter dated July 30, 2007, FBIHQ released documents to plaintiff, subject to withholdings pursuant to Exemptions (b)(1), (b)(2), (b)(5), (b)(6), (b)(7)(C), (b)(7)(E) and (b)(7)(E). Plaintiff was advised that 996 pages had been reviewed and 781 pages were being released. Plaintiff was advised that this was the third interim release as ordered by the court on May 7, 2007. Plaintiff was advised that a decision had not yet been made with regard to plaintiff's request for a fee waiver and that the FBI would be corresponding with plaintiff in the near future. Plaintiff was further advised that if the FBI determined that plaintiff does not qualify for a fee waiver, duplication fees would be assessed accordingly. Plaintiff was advised of its right to file an administrative appeal. **(See Exhibit C.)**

(8) In my Declaration dated February 9, 2007 (hereinafter the "First Hardy Declaration"), I advised the Court that the FBI had located approximately 20,000 pages potentially responsive to plaintiff's request, and that plaintiff's request would be placed in the FOIA large queue of the "perfected" case backlog.

(9) Plaintiff's request came out of the FOIA large queue on May 9, 2007, and was assigned for processing on May 10, 2007.

(10) At this time, approximately 7,964 pages remain to be reviewed and processed.[1] The FBI estimates that the review and processing of these pages will take approximately 40

---

[1] The total number of responsive pages is 9,883. The difference between this number and the original estimate of 20,000 potentially-responsive pages (see First Hardy Declaration) can be attributed to the FBI's subsequent determination that more than 10,000 pages were not in fact responsive.

-3-

weeks.[2]

## CONCLUSION

(11)    To date, the FBI has made three (3) interim releases to plaintiff, consisting of 1595 pages released out of a total of 1919 pages reviewed. In accordance with the Court Order dated May 7, 2007, the next scheduled release will be August 27, 2007. Approximately 7,964 pages remain to be reviewed and processed, which the FBI anticipates will take the FBI approximately 40 weeks to complete.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that Exhibits A through C attached hereto are true and correct copies.

Executed this ___3rd___ day of August, 2007.

DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

---

[2]    The FBI will be able to review and process approximately 800 pages every four (4) weeks. See First Hardy Declaration, ¶ 39.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) | Civ. A. No. 06-CV-1708 (CKK) |

# Exhibit A



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

ESQ. MARCIA HOFMANN
ELECTRONIC FRONTIER FOUNDATION
SUITE 650
1875 CONNECTICUT AVENUE, NORTHWEST
WASHINGTON, DC 20009

June 4, 2007

Subjects: System DCS-3000 and Red Hook

FOIPA No. 1056287-000 and FOIPA No. 1056307-1

Dear Ms. Hofmann. :

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| **Section 552** | | **Section 552a** |
|---|---|---|
| ☒(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☒(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

112 **page(s)** were reviewed and *103* **page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☐ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s)

Please be advised that this is the first interim release as ordered by the court on May 7, 2007 for documents concerning electronic surveillance systems known as DCS-3000 and Red Hook.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) | Civ. A. No. 06-CV-1708 (CKK) |

# Exhibit B



**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D.C. 20535

ESQ. MARCIA HOFMANN
ELECTRONIC FRONTIER FOUNDATION
SUITE 650
1875 CONNECTICUT AVENUE, NORTHWEST
WASHINGTON, DC 20009

July 2, 2007

Subject: SYSTEM DCS-3000 and Red Hook

FOIPA No. 1056287- 000 and FOIPA No. 1056307-1

Dear Ms. Hofmann:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

**Section 552**

☐ (b)(1)
☒ (b)(2)
☐ (b)(3) _____
_____
_____
_____
☐ (b)(4)
☐ (b)(5)
☒ (b)(6)

**Section 552a**

☐ (b)(7)(A)
☐ (b)(7)(B)
☒ (b)(7)(C)
☐ (b)(7)(D)
☒ (b)(7)(E)
☐ (b)(7)(F)
☐ (b)(8)
☐ (b)(9)

☐ (d)(5)
☐ (j)(2)
☐ (k)(1)
☐ (k)(2)
☐ (k)(3)
☐ (k)(4)
☐ (k)(5)
☐ (k)(6)
☐ (k)(7)

811 **page(s)** were reviewed and 711 **page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

   ☐ referred to the OGA for review and direct response to you.

   ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

*[signature]*

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

Please be advised that this is the second interim release as ordered by the court on May 7, 2007 for documents concerning electronic surveillance systems known as DCS-3000 and Red Hook.

A decision has not been made concerning your request for a waiver of fees. We will be corresponding with you concerning that request in the near future. In the interim, we are providing you with the enclosed documents. Pursuant to Title 28, Code of Federal Regulations, Section 16.11, there is a fee of ten cents per page for duplication. No fees are assessed for the first 100 pages. If it is determined that you do not qualify for a fee waiver, duplication fees will be assessed accordingly.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 06-CV-1708 (CKK) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

# Exhibit C

U.S. Department of Justice



Federal Bureau of Investigation

*Washington, D.C. 20535*

ESQ. MARCIA HOFMANN
ELECTRONIC FRONTIER FOUNDATION
SUITE 650
1875 CONNECTICUT AVENUE, NORTHWEST
WASHINGTON, DC 20009

July 30, 2007

Subject: SYSTEM DCS-3000 and Red Hook

FOIPA No. 1056287-000 and FOIPA No. 1056307-1

Dear Ms. Hofmann:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☒(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☒(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

996 **page(s)** were reviewed and 781 **page(s)** are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

  ☐ referred to the OGA for review and direct response to you.

  ☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

*[signature]*

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)

Please be advised that this is the third interim release as ordered by the court on May 7, 2007 for documents concerning surveillance systems known as DCS-3000 and Red Hook.

A decision has not been made concerning your request for a waiver of fees. We will be corresponding with you concerning that request in the near future. In the interim, we are providing you with the enclosed documents. Pursuant to Title 28, Code of Federal Regulations, Section 16.11, there is a fee of ten cents per page for duplication. No fees are assessed for the first 100 pages. If it is determined that you do not qualify for a fee waiver, duplication fees will be assessed accordingly.