IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF JUSTICE ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 06-1708 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 5, 2008 minute order, Plaintiff Electronic Frontier Foundation ("EFF") and Defendant Department of Justice ("DOJ") submit the following joint status report in this matter:

1.	On May 1, 2008, DOJ informed the Court that it had completed its review and processing of EFF's Freedom of Information Act ("FOIA") request, reviewing a total of 7935 responsive pages and releasing 5240 pages in whole or part. (Dkt. No. 21.)

2.	On May 5, 2008, the Court ordered the parties to file a joint status report no later than May 30, 2008 explaining how they intend to proceed in this action.

3.	EFF is continuing to review the documents released in whole or part by DOJ, and the parties are negotiating whether to remove particular records or legal issues from the scope of the litigation, the issuance of an index pursuant to *Vaughn v. Rosen*, 484 F.2d 820, 826-8 (D.C. Cir. 1973), and a schedule for dispositive briefing in this matter.

4.	To facilitate negotiation of these issues, the parties stipulate to file a joint status report no later than July 11, 2008, informing the Court of the results of any

agreements reached by the parties to limit the scope of the litigation and proposing a schedule for dispositive briefing in this matter.

DATED: May 29, 2008                              Respectfully submitted,


/s/ *Marcia Hofmann*                             JEFFREY S. BUCHOLTZ
Marcia Hofmann                                   Acting Assistant Attorney General
D.C. Bar No. 484136
ELECTRONIC FRONTIER FOUNDATION                   CARL J. NICHOLS
454 Shotwell Street                              Deputy Assistant Attorney General
San Francisco, CA 94110
Telephone: (415) 436-9333                        SCOTT N. SCHOOLS
Facsimile: (415) 436-9993                        United States Attorney

David L. Sobel
D.C. Bar No. 360418                              ELIZABETH J. SHAPIRO
ELECTRONIC FRONTIER FOUNDATION                   Assistant Director, Federal Programs Branch
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009                             /s/ *Heather R. Phillips*
Telephone: (202) 797-9009 x104                   HEATHER R. PHILLIPS
Facsimile: (202) 797-9066                        Trial Attorney, U.S. Department of Justice
                                                 Civil Division/Federal Programs Branch
Attorneys for Plaintiff                          Mail: P.O. Box 883
ELECTRONIC FRONTIER FOUNDATION                   Washington, D.C. 20044
                                                 Street: 20 Massachusetts Ave., N.W.
                                                 Room 7330
                                                 Washington, D.C. 20001
                                                 Telephone: (202) 616-0679
                                                 Facsimile: (202) 318-7589
                                                 E-mail: heather.phillips@usdoj.gov

                                                 Attorneys for Defendant
                                                 DEPARTMENT OF JUSTICE