IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE,** )<br>)<br>Defendant. )<br>) | C.A. No. 06-1708 (CKK) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of David L. Sobel as co-counsel for the plaintiff in the above-captioned action.

Respectfully submitted,

   /David L. Sobel/
DAVID L. SOBEL
D.C. Bar No. 360418
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Avenue NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009
Facsimile: (202) 707-9066