IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | No. 06-1708 (CKK) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Electronic Frontier Foundation ("Plaintiff"), with the concurrence of Defendant Department of Justice ("Defendant"), voluntarily dismisses all claims in the above-captioned case with prejudice.

The Parties agree that Plaintiff will file any motion for attorney's fees by not later than October 16, 2009.

Dated: August 28, 2009

/s/ Marcia Hofmann

MARCIA HOFMANN
D.C. Bar No. 484136
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Frontier Foundation
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 797-9066

*Attorneys for Plaintiff*

Respectfully submitted,

TONY WEST
Assistant Attorney General

CHANNING D. PHILLIPS
Acting United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/

BRYAN DEARINGER
(Oregon Bar #061517)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: (202) 514-3489
Fax: (202) 616-8470

*Attorneys for Defendant*